STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GWENDOLYN HARRIS, DEFENDANT-PETITIONER.

See same case below : 98 *N. J. Super.* 502.

*Messrs. Ruvoldt & Ruvoldt* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. James G. Lepis* for
the respondent.

March 26, 1968. Denied.

TOWNSHIP COMMITTEE OF THE TOWNSHIP OF MAPLE
SHADE, PETITIONER - PETITIONER, v. NOMAT, INC.,
RESPONDENT-RESPONDENT.

*Messrs. Richman, Berry & Ferren* for the petitioner.

*Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. A.
Donald Bigley* for the respondent.

March 26, 1968. Denied.

ELNORA ADAMS, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
STANLEY ROSOL AND LILLIAN ROSOL, PARTNER t/a
BUSHEL AND A PECK FARM, DEFENDANTS-PETITION-
ERS.

*Messrs. Harth & Enright* and *Mr. William W. Murphy* for
the petitioners.

*Mr. Herbert F. Savoye, Jr.* for the respondents.

March 26, 1968. Denied.